# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JACK IN THE BOX #417, a business of unknown form; K.J.P.&F. REFERENCE SUPERVISION GENERAL MANAGEMENT SERVICE COMPANY, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-01601-MWF-SP<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Jack In The Box #417, a business of unknown form and K.J.P.&F. Reference Supervision General Management Service Company, LLC, a California limited liability company ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 16, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

2
ORDER
DISMISSAL WITH PREJUDICE